≤AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EDILBERTO GARCIA, a/k/a "Beto," True Name: Edilberto Garcia-Restrepo | ) ) | Case No: 5:98CR65-1 <br> USM No: 13538-058 |
| Date of Previous Judgment: January 10, 2000 | ) | Randolph Marshall |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 39                Amended Offense Level: 39
Criminal History Category: I              Criminal History Category: I
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   As this defendant was not held responsible for any crack cocaine, Amendment 706 is not applicable and no reduction in sentence is warranted.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated January 10, 2000, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 3, 2011

Effective Date: August 3, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge